Abby J. Clark (State Bar No. 033456)
David G. Lubben (IL No. 6207729)
Richard A. Russo (IL No. 6279733)
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| **Arnold Contreras; et al.,** | ) |
| | ) |
|   Plaintiffs/Cross-Defendants | ) |
| | ) |
|   v. | ) Case No. CV18-3495-PHX-SRB |
| | ) |
| **ASARCO LLC, et al.,** | ) |
| | ) |
|   Defendants/Cross-Plaintiffs | ) **ASARCO'S MOTION FOR** |
| | ) **EXTENSION OF TIME TO** |
| **ASARCO LLC** | ) **FILE MOTION FOR AWARD** |
| | ) **OF ATTORNEYS FEES AS** |
|   Plaintiff/Cross-Defendant | ) **PREVAILING PARTY** |
| | ) (first request) |
|   v. | ) |
| | ) |
| **Millwrights and Machine Erectors** | ) |
| **Local 1607** | ) |
| | ) |
|   Cross-Defendant | ) |

Defendants/Cross-Plaintiffs ASARCO LLC and ASARCO Retiree Medical Plan (jointly referred to as "ASARCO"), by its attorneys David G. Lubben and Richard A. Russo of Davis & Campbell L.L.C., respectfully moves pursuant to LRCiv 7.3 for a thirty-day extension of time to file a Motion for Award of Attorneys Fees as Prevailing Party pursuant to LRCiv 54.2(b). In support of this Motion, ASARCO states that Local Rule 54.2(b)(2) provides that the party seeking an award of attorney's fees must file and serve the motion within fourteen (14) days of the entry of judgment in the action. This Court granted ASARCO's Motion for Summary Judgment on February 22, 2022. Dkt. #178. The Court in its Order directed ASARCO to lodge a proposed judgment within fourteen days following the Order. ASARCO did so. Dkt,. #179. While ASARCO does not believe that Judgment has yet been entered, and therefore the deadline to file a Motion for Award of Attorneys Fees has not yet occurred, out of an abundance of caution and to preserve its rights ASARCO now moves for an Order allowing ASARCO another thirty-days from the date of this Motion to file any motion for award of attorney fees.

Counsel has discussed this Motion with counsel for Plaintiffs/Cross-Defendants. If Plaintiffs' counsel communicates its position to ASARCO following receipt of the Motion ASARCO will promptly communicate same to the Court.

WHEREFORE, ASARCO respectfully requests that the Court grant this Motion, and enter an Order extending the time for ASARCO to file a motion for award of attorneys fees by thirty days from the date of this Motion.

March 22, 2022

**ASARCO LLC**

By:    <u>s/David G. Lubben</u>
      David G. Lubben

Abby J. Clark (State Bar No. 033456)
David G. Lubben (IL Bar No. 6207729)
Richard A. Russo (IL Bar No. 6279733)
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602

*Attorneys for Defendants/Cross-Plaintiffs
ASARCO LLC and ASARCO Retiree
Medical Plan*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing document was served upon counsel for all parties by Email system on this 22nd day of March 2022.

s/David G. Lubben<br>
David G. Lubben

Abby J. Clark
David G. Lubben
Richard A. Russo
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602
(309) 673-1681
(309) 673-1690 (fax)
ajclark@dcamplaw.com
dglubben@dcamplaw.com
rarusso@dcamplaw.com