Abby J. Clark (State Bar No. 033456)
David G. Lubben (IL No. 6207729)
Richard A. Russo (IL No. 6279733)
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| **Arnold Contreras; et al.,** )<br><br>    **Plaintiffs/Cross-Defendants** )<br><br>    **v.** )<br><br>**ASARCO LLC, et al.,** )<br><br>    **Defendants/Cross-Plaintiffs** )<br><br>**ASARCO LLC** )<br><br>    **Cross-Plaintiff/Defendant** )<br><br>    **v.** )<br><br>**Millwrights and Machine Erectors** )<br>**Local 1607** )<br><br>    **Cross-Defendant** ) | **Case No. CV18-3495-PHX-SRB**<br><br>**DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS FEES AND RELATED NON-TAXABLE EXPENSES** |

Defendants/Cross-Plaintiffs ASARCO LLC and ASARCO Retiree Medical Plan (jointly referred to as "ASARCO"), by its attorneys David G. Lubben and Richard A. Russo of Davis & Campbell L.L.C., respectfully moves pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(g)(1), Federal Rules of Civil Procedure 23(h) and 54(d)(2),  and LRCiv 54.2, for an award of attorney's fees and related non-taxable expenses against the institutional (union) Plaintiffs/Cross-Defendants.  ASARCO does not seek an award of such fees and expenses against the individual named representatives of the certified classes, nor against class members.  This Motion is directed only against the union Plaintiffs/Cross-Defendants.[1]  In support of this Motion, ASARCO states as follows:

1. ASARCO is the prevailing party in this litigation.  Defendants/Cross-Plaintiffs prevailed on all claims asserted against them in the Consolidated Class Action Complaint, Dkt. # 88, and on all Cross-Claims, Dkt. #89.  This Court granted ASARCO's Motion for Summary Judgment on all claims and cross-claims on

---

[1] The institutional parties against whom ASARCO seeks its fees are the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC ("USW"), and USW Locals 886-02, 915, and 5252; the International Brotherhood of Teamsters, Chauffeurs, Warehousemen, and Helpers of America, Local 104 ("IBT Local 104"); the International Brotherhood of Electrical Workers ("IBEW"), Locals 518, 570, and 602; the International Association of Machinists and Aerospace Workers, Local 519 ("IAM Local 519"); the International Union of Operating Engineers, Local 428 ("OE Local 428"); the International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmith, Forger and Helpers, Local 627 ("Boilermakers Local 627"); the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, Local 469 ("UA Local 469"); and Millwrights and Machine Erectors Local 1607.

February 22, 2022.  Dkt. # 178, Order granting summary judgment.  ASARCO met the required degree of success on the merits for an award of attorneys fees under ERISA.

2. Section 502(g)(1) of ERISA authorizes this Court to award "attorney's fees and costs of action to either party."  29 U.S.C. § 1132(g)(1).  In an ERISA case, a party need only show some degree of success on the merits to be eligible for an award of fees and costs.  *Hardt v. Reliance Standard Life Ins. Co.,* 130 S. Ct. 2149, 2156 (2010).

3. ASARCO is entitled to an award of some or all of the fees and related non-taxable expenses sought under the factors recognized by the Ninth Circuit. *Hummell v. S.E. Rykoff & Co.,* 634 F.2d 446, 453 (9th Cir. 1980).

4. The hourly rates charged to ASARCO by counsel of record are reasonable, and in line with, or less than, those prevailing in the District of Arizona, Phoenix Division for similar services of lawyers of reasonably comparable skill and reputation.

5. ASARCO has eliminated time spent on unsuccessful matters and other time spent on ancillary matters from the fees sought to be awarded in this Motion.

6. The non-taxable expenses sought are travel expenses comprised of airfare, hotels, and rental cars for travel associated with the litigation of the case.

7. ASARCO has filed a Memorandum in Support of Motion for Award of

Attorneys Fees and Related Non-Taxable Expenses, with attachments

including a statement of consultation, copies of the written fee agreement, task-

based itemized statements of fees and expenses, and affidavit of moving

counsel along with a proposed order.

WHEREFORE, ASARCO respectfully requests that the Court grant this Motion,

and enter an Order directing the institutional Plaintiffs/Cross-Defendants to pay an award

of attorney's fees in the amount of $441,644.50 and related non-taxable costs in the

approximate amount of $26,222.73for a total combined amount of $464,887.23.

ASARCO further reserves the right to request an award of attorney's fees for expenses

incurred in litigating this attorney's fee motion.

April 21, 2022

**ASARCO LLC and ASARCO
RETIREE MEDICAL PLAN**

By: _____ s/David G. Lubben\_\_\_\_
David G. Lubben

Abby J. Clark (State Bar No. 033456)
David G. Lubben (IL Bar No. 6207729)
Richard A. Russo (IL Bar No. 6279733)
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602

*Attorneys for Defendants/Cross-Plaintiffs
ASARCO LLC and ASARCO Retiree
Medical Plan*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the foregoing document was served upon counsel for all parties by Email system on this 21st day of April 2022.


                                    s/David G. Lubben
_____
                                    David G. Lubben

Abby J. Clark
David G. Lubben
Richard A. Russo
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602
(309) 673-1681
(309) 673-1690 (fax)
ajclark@dcamplaw.com
dglubben@dcamplaw.com
rarusso@dcamplaw.com