Gerald Barrett (SBN 5855)
**WARD, KEENAN & BARRETT, P.C.**
3838 N. Central Ave. Suite 1720
Phoenix, AZ 85016
Telephone: (602) 279-1717
gbarrett@wardkeenanbarrett.com

William T. Payne
Pamina Ewing
Joel R. Hurt
Ruairi McDonnell
**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: (412) 281-8400
wpayne@fdpklaw.com
pewing@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

*Attorneys for Plaintiffs/Cross-Defendants*

David R. Jury, General Counsel
**United Steelworkers**
60 Boulevard of the Allies, Room 807
Pittsburgh, PA 15222
Telephone: (412) 562-2549
Facsimile: (412) 562-2574
djury@usw.org
msharma@usw.org

*Attorney for Plaintiff United Steelworkers*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arnold Contreras, et al., | **Case No.: 2:18-cv-03495-SRB** |
| Plaintiffs/Cross-Defendants, | |
| v. | CLASS ACTION |
| ASARCO LLC, et al,, | **PLAINTIFF UNIONS' UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES** |
| Defendants/Cross-Plaintiffs. | |

The Plaintiff/Cross Defendant unions ("Plaintiff Unions") hereby respectfully request that the Court extend by 14 days the due date for the Plaintiff Unions' response to the Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses filed by Defendants/Cross-Plaintiffs ("ASARCO Fee Motion"), stating as follows:

1. After prevailing on its motion for summary judgment, ASARCO on April 21, 2022 filed its Fee Motion, seeking $449,409.73 in fees and non-taxable costs against the Plaintiffs Unions, which are 12 union locals and one international union. ASARCO supported its motion with a 14-page Declaration, over 200 pages of fee records, and other exhibits.

2. Under Local Rule 7.2, the Union Plaintiffs' response is due on May 5, 2022.

3. The Union Plaintiffs' undersigned counsel are now working on a number of other substantial matters, including the Ninth Circuit brief in Plaintiffs' appeal in this case. In addition, one of the attorneys with primary responsibility for this matter, Pamina Ewing, is traveling to attend her son's out-of-town college graduation beginning on May 5, 2022 and also expects a grandchild to be born out-of-town within the next several days.

4. The Plaintiff Unions believe that they need a 14-day extension of time in order to adequately respond to ASARCO's Fee Motion.

5. Cross-Defendant Millwrights and Machine Erectors, Local 1607 has requested that it be included in this motion.

6. Counsel for ASARCO has indicated that ASARCO does not oppose this request for an extension of time.

WHEREFORE, the Plaintiff Unions and cross-defendant Millwrights and Machine Erectors, Local 1607 respectfully seek a 14-day extension of time, or until May 19, 2022, to file their response to ASARCO's Fee Motion.

| | |
|---|---|
| April 26, 2022 | Respectfully submitted,<br><br> s/ *Ruairi McDonnell*<br>    Ruairi McDonnell<br><br>**FEINSTEIN DOYLE PAYNE<br>    & KRAVEC, LLC**<br>William T. Payne<br>Pamina Ewing<br>Joel R. Hurt<br>Ruairi McDonnell<br>429 Fourth Avenue<br>Law & Finance Building, Suite 1300<br>Pittsburgh, PA 15219<br><br>Telephone: (412) 281-8400<br>Facsimile: (412) 281-1007<br>wpayne@fdpklaw.com<br>pewing@fdpklaw.com<br>jhurt@fdpklaw.com<br>rmcdonnell@fdpklaw.com<br><br>Gerald Barrett, SBN 5855<br>**WARD, KEENAN & BARRETT, P.C.**<br>3838 N. Central Ave. Suite 1720<br>Phoenix, AZ 85016<br>Telephone: (602) 279-1717<br>Facsimile: (602) 279-8908<br>gbarrett@wardkeenanbarrett.com<br><br>***ATTORNEYS FOR<br>PLAINTIFFS/CROSS-DEFENDANTS***<br><br>David R. Jury, General Counsel<br>United Steelworkers<br>60 Boulevard of the Allies, Room 807<br>Pittsburgh, PA 15222<br>Telephone: (412) 562-2549<br>Facsimile: (412) 562-2574<br>djury@usw.org<br><br>***ATTORNEY FOR PLAINTIFF UNITED STEELWORKERS*** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 26, 2022, a copy of the foregoing document was served upon individuals of record via ECF.

s/ <i>Ruairi McDonnell</i><br>
Ruairi McDonnell