Desmond C. Lee *(Pro Hac Vice)*
dlee@shanleyapc.com
Daniel M. Shanley (SBN 021322)
dshanley@shanleyapc.com
SHANLEY, A Professional Corporation
533 S. Fremont Ave., 9th Floor
Los Angeles, CA 90071
Telephone: (213) 488-4100
Facsimile:  (213) 488-4180

*Attorneys for Plaintiff / Cross-Defendant*
*Millwrights And Machine Erectors, Local 1607*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Arnold Contreras, et al.,<br><br>　　　　Plaintiffs/Cross-Defendants,<br><br>　　　　v.<br><br>ASARCO LLC, et al.,<br><br>　　　　Defendants/Cross-Plaintiffs,<br>　　　　v.<br><br>Millwrights and Machine Erectors Local 1607<br><br>　　　　Cross-Defendant. | **Case No. 2:18-CV-03495-PHX-SRB**<br><br>CLASS ACTION<br><br>**PLAINTIFF / CROSS-DEFENDANT MILLWRIGHTS AND MACHINE ERECTORS, LOCAL 1607 UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES**<br><br>**[PROPOSED ORDER ]** |

Plaintiff / Cross-Defendant Millwrights and Machine Erectors, Local 1607 ("Millwrights") hereby respectfully requests that the Court extend by 14 days the due date for its response to the Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses ("Fee Motion") filed by Defendants/Cross-Plaintiffs ASARCO LLC and ASARCO Retiree Medical Plan (ASARCO LLC and ASARCO Retiree Medical Plan hereinafter collectively "ASARCO"), stating as follows:

Millwrights hereby respectfully requests that the Court extend by 14 days the due date for Millwrights to respond to the Fee Motion filed by ASARCO stating as follows:

1. After prevailing on its motion for summary judgment, on April 21, 2022, ASARCO filed its Fee Motion, seeking $449,409.73 in fees and non-taxable costs against the Plaintiffs Unions, which are 12 union locals including Millwrights and one international union. ASARCO LLC and ASARCO Retiree Medical Plan supported its motion with a 14-page Declaration, over 200 pages of fee records, and other exhibits.

2. Under Local Rule 7.2, the Union Plaintiffs' initial response was due on May 5, 2022, but was extended to May 19, 2022 by prior Court order. Millwrights and ASARCO have reached a settlement in this matter which would obviate the need for filing an opposition to the Fee Motion by ASARCO. The settlement agreement is waiting one more signature and the request for an extension of time up to and including June 2, 2022 is necessary to facilitate finalization of the settlement agreement, which also will involve a withdrawal of an appeal filed by Millwrights in this matter with the Ninth Circuit Court of Appeals.

3. Counsel for ASARCO has indicated that ASARCO does not oppose this request for an extension of time.

/ / /

/ / /

/ / /

2

WHEREFORE, Plaintiff Cross-Defendant Millwrights and Machine Erectors, Local 1607 and the Plaintiff Unions respectfully seek a 14-day extension of time, or until June 2, 2022, to file their response to ASARCO's Fee Motion.

DATED: May 17, 2022

Respectfully submitted,

/s/ *Desmond C. Lee*
Desmond C. Lee. Esq
Daniel M. Shanley, Esq.

SHANLEY, A Professional Corporation
533 S. Fremont Ave., 9th Floor
Los Angeles, CA 90071
Telephone: (213) 488-4100
Facsimile:  (213) 488-4180

*Attorneys for Plaintiff / Cross-Defendant Millwright And Machine Erectors, Local 1607*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 17, 2022, a copy of the foregoing document was served upon individuals of record via ECF.

                                      */s/ Desmond C. Lee*
                                      Desmond C. Lee

                                      SHANLEY, A Professional Corporation
                                      533 S. Fremont Ave., 9th Floor
                                      Los Angeles, CA 90071
                                      Telephone: (213) 488-4100
                                      Facsimile: (213) 488-4180

                                      *Attorneys for Plaintiff / Cross-Defendant*
                                      *Millwrights And Machine Erectors, Local 1607*