# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arnold Contreras, et al., | No. CV-18-03495-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| ASARCO LLC, et al., | |
| Defendants. | |

The Court has considered the Joint Motion of Plaintiffs/Cross-Defendants and Defendants/Cross-Plaintiffs' for a forty-five day stay of ASARCO's Motion for Award of Attorney's Fees and Related Non-Taxable Expenses (Doc. 194). The basis for the requested stay is that the parties (other than Millwrights Local 1607, which has dismissed its appeal) are participating in mediation with the Ninth Circuit Mediation Program. Being fully apprised, the Court finds that the requested stay will facilitate the mediation, serves the purposes of judicial efficiency, may result in the avoidance of unnecessary work on the fee motion, and does not prejudice any of the parties. The Court now GRANTS the Joint Motion (Doc. 206) and STAYS further proceedings on ASARCO's Motion for Award of
…

Attorneys' Fee and Related Non-Taxable Expenses for forty-five days, through **July 22, 2022**.  The parties are directed to notify the Court when the mediation concludes.

Dated this 7th day of June, 2022.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge

- 2 -