# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arnold Contreras, et al., | No. CV-18-03495-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| ASARCO LLC, et al., | |
| Defendants. | |

The Court has considered the Joint Motion of Plaintiffs/Cross-Defendants and Defendants/Cross-Plaintiffs' to extend by forty-five days the stay Order relating to ASARCO's Motion for Award of Attorney's Fees and Related Non-Taxable Expenses, Doc. 207. The basis for the requested extension is that the parties remain in mediation with the Ninth Circuit Mediation Program and have exchanged written proposals addressing the appeal and the attorney's fees motion.  Being fully apprised, the Court finds that an extension of the stay for another forty-five days will facilitate the mediation, serves the purposes of judicial efficiency, may result in the avoidance of unnecessary work on the fee motion, and does not prejudice any of the parties.  The Court now GRANTS the Joint Motion (Doc. 208) and extends the STAY of further proceedings on ASARCO's Motion for Award of Attorney's Fee and Related Non-Taxable Expenses for forty-five days,

through the date of **September 6, 2022**.  The parties are directed to notify the Court when the mediation concludes.

Dated this 25th day of July, 2022.

Susan R. Bolton
United States District Judge