1
2
3
4
5
6           **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**
8
9    Arnold Contreras, et al.,                          No. CV-18-03495-PHX-SRB
10              Plaintiffs,                              **ORDER**
11   v.
12   ASARCO LLC, et al.,
13              Defendants.
14
15
16        The Court has considered the Second Joint Motion of Plaintiffs/Cross-Defendants
17   and Defendants/Cross-Plaintiffs' to extend by forty-five days the stay Order relating to
18
19   ASARCO's Motion for Award of Attorney's Fees and Related Non-Taxable Expenses,
20   (Doc. 210). The basis for the requested extension is that the parties remain in mediation
21   with the Ninth Circuit Mediation Program and have exchanged multiple written proposals
22
23   addressing the appeal and the attorney's fees motion.  Being fully apprised, the Court finds
24   that an extension of the stay for another forty-five days will facilitate the mediation, serves
25   the purposes of judicial efficiency, may result in the avoidance of unnecessary work on the
26   fee motion, and does not prejudice any of the parties.  The Court now GRANTS the Joint
27
28   Motion and extends the STAY of further proceedings on ASARCO's Motion for Award of

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorney's Fee and Related Non-Taxable Expenses for another forty-five days, through the

date of **October 17, 2022**.  The parties are directed to notify the Court when the mediation

concludes.


        Dated this 2nd day of September, 2022.


                           Susan R. Bolton
                      United States District Judge