Gerald Barrett (SBN 5855)
**WARD, KEENAN & BARRETT, P.C.**
3838 N. Central Ave. Suite 1720
Phoenix, AZ 85016
Telephone: (602) 279-1717
gbarrett@wardkeenanbarrett.com

William T. Payne
Pamina Ewing
Joel R. Hurt
Ruairi McDonnell
**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: (412) 281-8400
wpayne@fdpklaw.com
pewing@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

*Attorneys for Plaintiffs/Cross-Defendants*

David R. Jury, General Counsel
**United Steelworkers**
60 Boulevard of the Allies, Room 807
Pittsburgh, PA 15222
Telephone: (412) 562-2549
Facsimile: (412) 562-2574
djury@usw.org

*Attorney for Plaintiff United Steelworkers*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arnold Contreras, et al., | **Case No.: 2:18-cv-03495-SRB** |
| Plaintiffs/Cross-Defendants, | |
| v. | |
| ASARCO LLC, et al,, | CLASS ACTION |
| Defendants/Cross-Plaintiffs. | **PLAINTIFFS' CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |

1  The parties to this litigation have entered into a proposed Settlement Agreement that
2  will fully, finally, and forever resolve this action. The Settlement Agreement is attached
3  hereto as Exhibit 1. The parties have also agreed upon a proposed Notice to the Class
4  explaining the Settlement, which is attached hereto as Exhibit 2.

5  Accordingly, for the reasons more fully explained in their supporting memorandum
6  of law, Plaintiffs/Cross Defendants ("Plaintiffs"), with the consent of Defendants/Cross-
7  Plaintiffs ("ASARCO"), respectfully request that this Court enter the proposed Order filed
8  herewith granting preliminary approval to the parties' class action Settlement Agreement,
9  appointing American Legal Claims Services, LLC as Settlement Administrator, approving
10 the parties' agreed upon form of Notice and directing notice to the Class, and scheduling
11 the matter for a Final Fairness Hearing, along with other pertinent dates.

13 Dated: January 19, 2023               Respectfully submitted,

14                                        s/Joel R. Hurt
15                                          Joel R. Hurt

16                                       **FEINSTEIN DOYLE PAYNE
17                                          & KRAVEC, LLC**
                                         William T. Payne
                                         Pamina Ewing
18                                       Ruairi McDonnell
19                                       429 Fourth Avenue
                                         Law & Finance Building, Suite 1300
20                                       Pittsburgh, Pennsylvania 15219
                                         Telephone: (412) 281-8400
21                                       Facsimile: (412) 281-1007
                                         pewing@fdpklaw.com
22                                       wpayne@fdpklaw.com
                                         jhurt@fdpklaw.com
23                                       rmcdonnell@fdpklaw.com

1

|   |   |
|---|---|
| 1 | Gerald Barrett, SBN 5855 |
| 2 | **WARD, KEENAN & BARRETT, P.C.**<br>Gerald Barrett, SBN 5855 |
| 3 | 3838 N. Central Ave., Suite 1720<br>Phoenix, Arizona 85012 |
| 4 | gbarrett@wardkeenanbarrett.com<br>Telephone: (602) 279-1717 |
| 5 | *Attorneys for Plaintiffs* |
| 6 | |
| 7 | David R. Jury, General Counsel<br>United Steelworkers |
| 8 | 60 Boulevard of the Allies, Room 807<br>Pittsburgh, Pennsylvania 15222 |
| 9 | Telephone: (412) 562-2549<br>Facsimile: (412) 562-2574 |
| 10 | djury@usw.org |
| 11 | *Attorney for Plaintiff United Steelworkers* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on January 19, 2023, a copy of the foregoing document was served upon individuals of record via ECF.

                                                                                 s/Joel R. Hurt  
                                                                                      Joel R. Hurt