|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 18 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ARNOLD CONTRERAS; et al.,<br><br>　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>ASARCO LLC; ASARCO RETIREE MEDICAL PLAN,<br><br>　　　　Defendants-Appellees,<br><br>　v.<br><br>LOCAL 627 BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITH, FORGER AND HELPERS; et al.,<br><br>　　　　Cross-defendants-Appellants. | No.　22-15388<br><br>D.C. No. 2:18-cv-03495-SRB<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Pursuant to the terms of the parties' stipulation (Docket Entry No. 22), the appeal is dismissed without prejudice to reinstatement in the event the district court fails to approve the settlement.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of the district court fails to approve the settlement. If no notice of reinstatement is filed and served, the appeal will be deemed dismissed with prejudice.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane G. Ashe
Circuit Mediator