Gerald Barrett (SBN 5855)
**WARD, KEENAN & BARRETT, P.C.**
3838 N. Central Ave. Suite 1720
Phoenix, AZ 85016
Telephone: (602) 279-1717
gbarrett@wardkeenanbarrett.com

William T. Payne
Pamina Ewing
Joel R. Hurt
Ruairi McDonnell
**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: (412) 281-8400
wpayne@fdpklaw.com
pewing@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

*Attorneys for Plaintiffs/Cross-Defendants*

David R. Jury, General Counsel
**United Steelworkers**
60 Boulevard of the Allies, Room 807
Pittsburgh, PA 15222
Telephone: (412) 562-2549
Facsimile: (412) 562-2574
djury@usw.org

*Attorney for Plaintiff United Steelworkers*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arnold Contreras, et al., | **Case No.: 2:18-cv-03495-SRB** |
| Plaintiffs/Cross-Defendants, | |
| v. | |
| ASARCO LLC, et al,, | CLASS ACTION |
| Defendants/Cross-Plaintiffs. | **PLAINTIFFS' CONSENT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |

1  The parties to this litigation have entered into a proposed Settlement Agreement that will fully, finally, and forever resolve this action. The Settlement Agreement, which appears in the record at ECF No. 219-1, was preliminarily approved by the Court by order dated January 24, 2023. (ECF No. 226). Pursuant to the Court's preliminary approval order, notice of the settlement was thereafter directed to the Class by the appointed Settlement Administrator, American Legal Claims Services, LLC, and the matter was set for a Final Fairness Hearing on April 27, 2023.

Now, for the reasons more fully explained in their supporting memorandum of law, Plaintiffs/Cross Defendants ("Plaintiffs"), with the consent of Defendants/Cross-Plaintiffs ("ASARCO"), respectfully request that this Court enter the proposed Final Approval Order filed herewith granting final approval to the parties' class action Settlement Agreement and (i) approving the Settlement as fair, reasonable, and adequate and overruling any objections to the Settlement; (ii) finding that the Notice and notice process complied with the requirements of Fed. R. Civ. P. 23 and due process; (iii) dismissing the Litigation with prejudice; and (iv) directing consummation of the Settlement in accordance with the Settlement Agreement.

Dated: April 13, 2023

Respectfully submitted,

s/Joel R. Hurt
Joel R. Hurt
**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
William T. Payne
Pamina Ewing
Ruairi McDonnell
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, Pennsylvania 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007
pewing@fdpklaw.com
wpayne@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gerald Barrett, SBN 5855
**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett, SBN 5855
3838 N. Central Ave., Suite 1720
Phoenix, Arizona 85012
gbarrett@wardkeenanbarrett.com
Telephone: (602) 279-1717

*Attorneys for Plaintiffs*

David R. Jury, General Counsel
United Steelworkers
60 Boulevard of the Allies, Room 807
Pittsburgh, Pennsylvania 15222
Telephone: (412) 562-2549
Facsimile: (412) 562-2574
djury@usw.org

*Attorney for Plaintiff United Steelworkers*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 13, 2023, a copy of the foregoing document was served upon individuals of record via ECF.

s/Joel R. Hurt
Joel R. Hurt